ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
JUL 1 2 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JOHN ART GARY, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:05-CV-0202-M |
| v. § | |
| § | |
| DARREN PACE, et al., § | |
| § | |
| Defendants. § | |
| § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated March 21, 2005, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court. Plaintiff's federal claims against Clarence Gray Johnson, Darren Pace, Randon Gray, Sandra Hicks and Bruce Jones are dismissed with prejudice and Plaintiff's state claims are dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 12TH day of July, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1