IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN ART GARY, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:05-CV-0202-M |
| v. § | |
| § | |
| DARREN PACE, et al., § | |
| § | |
| Defendants. § | |
| § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On July 12, 2005, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge. Plaintiff's request for preliminary injunctive relief is denied.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 12 day of September, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1